IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GRACE GUTIERREZ,**

       Plaintiff,

vs.                                                       No. CIV 09-496 LFG

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration,**

       Defendant.

## **JUDGMENT**

       Having granted Plaintiff's motion to remand by a Memorandum Opinion and Order entered on this same date,

       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and that the case is remanded for a rehearing before an Administrative Law Judge as specified in the Memorandum Opinion and Order.

                                                                  Lorenzo F. Garcia
                                                                  United States Magistrate Judge